UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EZRA L. TILLMAN,

      Plaintiff,

v.                                                  Case No. 10-13846

JAMES STEEL & TUBE COMPANY,       Honorable Patrick J. Duggan

      Defendant.
_____/

## JUDGMENT

On September 27, 2010, Plaintiff filed this action, alleging discrimination on the basis of race and age. On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.


Date: January 14, 2011                     s/PATRICK J. DUGGAN
                                                          UNITED STATES DISTRICT JUDGE

Copies to:

Russell F. Ethridge, Esq.

Ezra L. Tillman
20499 Ilene
Detroit, MI 48221